MICHAEL E. MOSS  63408
HENRY Y. CHIU  222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California  93704
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| BOARDS OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRICAL BENEFIT FUND; and BOARD OF TRUSTEES of IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND,<br><br>         Plaintiffs<br><br>    vs.<br><br>WILLIAM CHARLES PORGES, individually and doing business as ACCELERATED ELECTRIC,<br><br>         Defendant. | Case No. 1:09-CV-02170-OWW-MJS<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES AND CONTINUE TRIAL**<br><br>**[Fed. Rules Civ. Proc. Rule 6]** |

Plaintiffs Boards of Trustees of IBEW Local Union No. 100 Pension Trust Fund, IBEW Local Union No. 100 Health and Welfare Trust Fund, Joint Electrical Industry Training Trust Fund, National Electrical Benefit Fund, and Board of Trustees of IBEW District No. 9 Pension Plan Trust Fund (collectively, "Plaintiffs") and defendant William Charles Porges ("Defendant") hereby stipulate and agree to the following:

///

///

1

STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES AND CONTINUE TRIAL

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

1. The Parties are discussing settlement of the present action, or alternatively, a resolution of certain discovery issues, in the hopes that said issues, or the entire action, may be resolved between themselves, without the expenditure of further judicial resources. In light of the approaching pretrial deadlines and trial date, however, the Parties respectfully submit the present Stipulation and Proposed Order to Extend Pretrial Deadlines and Continue Trial.

2. The following deadlines are currently in effect, as provided in the Scheduling Conference Order issued by the Court on April 22, 2010, and in the Local Rules for the United States District Court, Eastern District of California:

| | |
|---|---|
| Deadline to disclose expert witnesses | Jan. 17, 2011 |
| Deadline to submit Confidential Settlement Conference Statement | Feb. 11, 2011 |
| Settlement Conference | Feb. 16, 2011 10:00 a.m., Ctrm. 10 |
| Deadline to submit rebuttal or supplemental expert witness disclosures | Feb. 17, 2011 |
| Discovery cut-off date | Mar. 7, 2011 |
| Deadline to file non-dispositive motions | Mar. 25, 2011 |
| Deadline to file dispositive motions | Apr. 18, 2011 |
| Hearing on filed non-dispositive motions | Apr. 29, 2011 9:00 a.m., Ctrm. 10 |
| Hearing on filed dispositive motions | May 23, 2011 10:00 a.m., Ctrm. 3 |
| Deadline to submit Joint Pretrial Conference Statement | Jul. 1, 2011 |
| Pretrial Conference | Jul. 11, 2011 11:00 a.m., Ctrm. 3 |
| Trial | Aug. 23, 2011 9:00 a.m., Ctrm. 3 |

///
///
///
///

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES AND CONTINUE TRIAL

1  3. The Parties hereby stipulate and agree to extend the above deadlines and trial date as provided below – or to any other dates or times convenient for the Court – and respectfully request a Court order to that effect:

| | |
|---|---|
| Deadline to disclose expert witnesses | Apr. 18, 2011 |
| Deadline to submit Confidential Settlement Conference Statement | May 19, 2011 |
| Settlement Conference | May 26, 2011<br>10:00 a.m., Ctrm. 6 |
| Deadline to submit rebuttal or supplemental expert witness disclosures | May 17, 2011 |
| Discovery cut-off date | Jun. 7, 2011 |
| Deadline to file non-dispositive motions | Jun. 17, 2011 |
| Deadline to file dispositive motions | Jul. 18, 2011 |
| Hearing on filed non-dispositive motions | Jul. 22, 2011<br>9:00 a.m., Ctrm. 6 |
| Hearing on filed dispositive motions | Aug. 22, 2011<br>10:00 a.m., Ctrm. 3 |
| Deadline to submit Joint Pretrial Conference Statement | Oct. 7, 2011 |
| Pretrial Conference | Oct. 17, 2011<br>11:00 a.m., Ctrm. 3 |
| Trial | Nov. 22, 2011<br>9:00 a.m., Ctrm. 3 |

Dated: December 29, 2010.    KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By: */s/ Henry Y. Chiu*
HENRY Y. CHIU,
Attorney for Plaintiffs

Dated: December 29, 2010.    MARKS, GOLIA & FINCH, LLP
A Limited Liability Partnership

By: */s/ Chad T. Wishchuk*
CHAD T. WISHCHUK,
Attorney for Defendant

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

3

STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES AND CONTINUE TRIAL

NO FURTHER CONTINUANCES

IT IS SO ORDERED.

Dated:   **December 30, 2010**             **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

4
STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES AND CONTINUE TRIAL