LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93704

MICHAEL E. MOSS  63408
HENRY Y. CHIU  222927
MOSS, TUCKER, CHIU, HEBESHA & WARD PC
A Professional Corporation
5260 North Palm Avenue, Suite 205
Fresno, California  93704
Telephone:  (559) 436-3847

Attorneys for Plaintiffs

CHAD T. WISCHUK  214779
MARKS, GOLIA & FINCH, LLP
8620 Spectrum Center Boulevard, Suite 900
San Diego, California 92123
Telephone:  (858) 737-3100

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

\* \* \*

| | |
|---|---|
| BOARDS OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRICAL BENEFIT FUND; and BOARD OF TRUSTEES of IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND,<br><br>　　　　　　Plaintiffs<br><br>　vs.<br><br>WILLIAM CHARLES PORGES, individually and doing business as ACCELERATED ELECTRIC,<br><br>　　　　　　Defendant. | Case No. 1:09-CV-02170<br><br>**STIPULATION AND ORDER TO DISMISS ACTION SUBJECT TO SETTLEMENT AGREEMENT** |

　　　　Plaintiffs Boards of Trustees of IBEW Local Union No. 100 Pension Trust Fund, IBEW Local Union No. 100 Health and Welfare Trust Fund, Joint Electrical Industry Training Trust Fund, National Electrical Benefit Fund, and IBEW District No. 9 Pension Plan Trust Fund (collectively, "Plaintiffs") and defendant William Charles Porges, individually and dba Accelerated Electric ("Defendant") hereby stipulate, and request an order, as to the following:

1

STIPULATION AND ORDER TO DISMISS ACTION SUBJECT TO SETTLEMENT AGREEMENT

1. that the Court dismiss the present action, without prejudice, due to the parties' settlement of the action pursuant to a written "Settlement Agreement Between IBEW Local Union No. 100 Trust Funds and William Charles Porges"; and

2. that the Court retain jurisdiction to enforce the terms of said Agreement.

Dated: May  24 , 2011.        MOSS, TUCKER, CHIU, HEBESHA & WARD
                              A Professional Corporation

                              By     */s/ Henry Y. Chiu*
                                 HENRY Y. CHIU
                                 Attorney for Plaintiffs

Dated: May  24 , 2011.        MARKS, GOLIA & FINCH, LLP
                              A Limited Liability Partnership

                              By     */s/ Chad T. Wishchuk*
                                 CHAD T. WISHCHUK,
                                 Attorney for Defendant

## **ORDER**

THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED WITHOUT PREJUDICE. THE COURT SHALL RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT BETWEEN THE PARTIES.

IT IS SO ORDERED.

Dated:   **May 24, 2011**              **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A Professional Corporation
5260 North Palm Avenue
Suite 205
Fresno, CA 93704

2
Stipulation and Order to Dismiss Action Subject to Settlement Agreement