FILED

MAY 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  MICHAEL E. MOSS  63408
   HENRY Y. CHIU  222927
2  MOSS, TUCKER, CHIU, HEBESHA & WARD PC
   A Professional Corporation
3  5260 North Palm Avenue, Suite 205
   Fresno, California 93704
4  Telephone: (559) 436-3847

5  Attorneys for Plaintiffs

6  CHAD T. WISCHUK  214779
   MARKS, GOLIA & FINCH, LLP
7  8620 Spectrum Center Boulevard, Suite 900
   San Diego, California 92123
8  Telephone: (858) 737-3100

9  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| BOARDS OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NATIONAL ELECTRICAL BENEFIT FUND; and BOARD OF TRUSTEES of IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND,<br><br>Plaintiffs<br><br>vs.<br><br>WILLIAM CHARLES PORGES, individually and doing business as ACCELERATED ELECTRIC,<br><br>Defendant. | Case No. 1:09-CV-02170<br><br>**STIPULATION AND ORDER FOR JUDGMENT** |

1  Plaintiffs Boards of Trustees of IBEW Local Union No. 100 Pension Trust Fund, IBEW
2  Local Union No. 100 Health and Welfare Trust Fund, Joint Electrical Industry Training Trust
3  Fund, National Electrical Benefit Fund, and IBEW District No. 9 Pension Plan Trust Fund
4  (collectively, "Plaintiffs") and defendant William Charles Porges, individually and dba
5  Accelerated Electric ("Defendant") hereby stipulate, and request an order, as to the following:

6      1.    Plaintiffs and Defendant entered into a written "Settlement Agreement Between
7  IBEW Local Union No. 100 Trust Funds and William Charles Porges" ("Agreement"),
8  pertaining to delinquent contributions arising from Mr. Porges' work on certain construction
9  projects.

10      2.    Among other things, said Agreement provides that Defendant shall remit sixty-
11  five thousand dollars ($65,000.00) to Plaintiffs pursuant to a certain payment schedule described
12  within the Agreement.

13      3.    Said Agreement permits Plaintiffs to file the present Stipulation and Order for
14  Judgment in the event Defendant breaches the terms of the Agreement.

15      4.    Defendant has breached the Agreement, and the parties hereby request that the
16  Court issue an order for judgment against Defendant in the amount of $40,000.00
17  ("Judgment Amount").[1]

HYC 2013-04-12

18      5.    Interest shall accrue on the Judgment Amount at the ten percent (10%) per annum
19  rate specified in the collective bargaining agreement. Plaintiffs shall be entitled to recover all
20  costs and attorneys' fees incurred by them in enforcing this Judgment.

21      6.    Plaintiffs shall be entitled to apply to the Court ex parte for any writs or orders
22  necessary to enforce this Stipulation and Order for Judgment, or any other provision of the
23  Agreement.

24  [Signatures begin on the following page.]

---

[1] The judgment herein is subject to offsets from payments made by Defendant prior to the filing of this document. Plaintiffs shall provide Defendant with a list of applicable offsets at least twenty-four (24) hours prior to said filing. Defendant hereby authorizes Plaintiffs to insert — after the parties' execution of this Stipulation and Order for Judgment — the amount still owed at the time of filing in the above blank.

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 North Palm Avenue
Suite 706
Fresno, CA 93704

|    |                     |                                                                 |
|----|---------------------|-----------------------------------------------------------------|
| 1  | May 11th, 2011.     | WILLIAM CHARLES PORGES, individually and dba ACCELERATED ELECTRIC |
| 2  |                     |                                                                 |
| 3  |                     | By WILLIAM CHARLES PORGES                                       |
| 4  |                     |                                                                 |
| 5  | May 24, 2011.       | IBEW LOCAL UNION NO. 100 TRUST FUNDS                            |
| 6  |                     |                                                                 |
| 7  |                     | By KEVIN COLE, Trustee                                          |
| 8  |                     |                                                                 |
| 9  |                     | *Approved as to Form and Content:*                              |
| 10 | May 25, 2011.       | MOSS, TUCKER, CHIU, HEBESHA & WARD                              |
| 11 |                     | A Professional Corporation                                      |
| 12 |                     | HENRY Y. CHIU                                                   |
|    |                     | Attorney for Plaintiffs                                         |
| 13 |                     |                                                                 |
| 14 | May 2-3, 2011.      | MARKS, GOLIA & FINCH, LLP                                       |
|    |                     | A Limited Liability Partnership                                 |
| 15 |                     |                                                                 |
| 16 |                     | CHAD T. WISHCHUK,                                               |
|    |                     | Attorney for Defendant                                          |
| 17 |                     |                                                                 |

## ORDER

JUDGMENT IS HEREBY ENTERED AGAINST DEFENDANT FOR THE JUDGMENT AMOUNT INSERTED IN THE BLANK ABOVE.

IT IS SO ORDERED.

Dated: 5-17-13

HONORABLE OLIVER W. WANGER
United States District Judge
Lawrence J. O'Neill

STIPULATION AND ORDER FOR JUDGMENT